UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____USA_____,
                              Plaintiff(s),

v.

__Nasir Gill__,
                              Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10-1-25_

**CALENDAR NOTICE**

_25 MJ 2344_ (VB)

PLEASE TAKE NOTICE that the above-captioned case has been scheduled/~~re-scheduled~~ for:

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

✓ Plea hearing

___ Sentencing

on _10-22-_, 20_25_, at _10:00 AM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. ~~Adjourned from~~ _____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _10-1-_, 20_25_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge